**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00295-CV

## IN THE INTEREST OF E.B., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-03980 U**

## ORDER

We **GRANT** appellant's April 17, 2014 motion for extension of time to file response to appellee's "motion to dismiss, for temporary injunction, and for sanctions." Appellant's April 18, 2014 response is considered timely filed.

We **DENY** appellee's "motion to dismiss, for temporary injunction, and for sanctions."

/s/      ELIZABETH LANG-MIERS
         JUSTICE